1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
7
8  CRAIG M. BUTLER,                ) CIVIL NO. 8:20-cv-01338-AGR
9        Plaintiff,                )
                                   ) [PROPOSED]
10       vs.                       ) **JUDGMENT**
11                                 )
   ANDREW SAUL,                    )
12 Commissioner of Social Security,)
13                                 )
14       Defendant.                )
                                   )
15 _____

16       The Court hereby approves the parties' Stipulation to Voluntary Remand
17 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
18 ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS
19 HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned
20 action is remanded to the Commissioner of Social Security for further proceedings
21 consistent with the Stipulation to Remand.
22
23 DATED: December 16, 2020         _____
24                                  HONORABLE ALICIA G. ROSENBERG
                                    UNITED STATES MAGISTRATE JUDGE
25
26
27
28